IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LATEEF RUNNELS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.   2:19-cv-02731-JAR-KGG |
| v. | ) ) | |
| STANLEY STEEMER INTERNATIONAL, INC., | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4., I move that James N. Boudreau be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

 *s/ Robert H. Bernstein*
Robert H. Bernstein, # 78213
200 Park Avenue
Florham Park, NJ 07932
Telephone:     (973) 360-7946
Facsimile:     (973) 301-8410
E-Mail:          bernsteinrob@gtlaw.com

Dated:  January 2, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January 2020, a true and correct copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed and served via CMIECF electronic filing, addressed to the following party:

>Michael Hodgson, Esquire
>mike@thehodgsonlawfirm.com
>The Hodgson Law Firm
>3699 SW Pryor Road
>Lee's Summit, MO 64082


>Eric L. Dirks, Esquire
>dirks@williamsdirks.com
>Williams Dirks Dameron, LLC
>1100 Main Street, Suite 2600
>Kansas City, MO 64105


>Heather J. Hardinger, Esquire
>hhardinger@meyerslaw.com
>The Meyers Law Firm, LC
>503 One Main Plaza
>4435 Main Street
>Kansas City, MO 64111

*Attorneys for Plaintiff*

                                         *s/ Robert H. Bernstein*
                                         Robert H. Bernstein