IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LATEEF RUNNELS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.  2:19-cv-02731-JAR-KGG |
| v. | ) ) ) | CLASS ACTION COLLECTIVE ACTION |
| STANLEY STEEMER INTERNATIONAL, INC., | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:   James N. Boudreau

2. I practice under the following firm name or letterhead:

   Name:            Greenberg Traurig, LLP
   Address:         1717 Arch Street, Suite 400
                    Philadelphia, PA  19103
   Telephone Number: 215-988-7833
   Fax:             215-717-5209
   Email address:   boudreauj@gtlaw.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| State Bar of Massachusetts | 12/20/1990 | 556626 |
| State Bar of Pennsylvania | 08/30/1996 | 77891 |
| United States Supreme Court | 2012 | |
| United States Court of Appeals, First Circuit | 1992 | |
| United States Court of Appeals, Second Circuit | 2014 | |
| United States Court of Appeals, Third Circuit | 1996 | |
| United States Court of Appeals, Fifth Circuit | 2016 | |
| United States Court of Appeals, Sixth Circuit | 2010 | |

| Court | Date of Admission | Bar Number |
|---|---|---|
| United States Court of Appeals, Seventh Circuit | 2000 | |
| United States Court of Appeals, Eighth Circuit | 2016 | |
| United States Court of Appeals, Ninth Circuit | 2018 | |
| U.S. District Court, District of Massachusetts | 1990 | |
| U.S. District Court, Eastern District of Pennsylvania | 1995 | |
| U.S. District Court, Middle District of Pennsylvania | 2004 | |
| U.S. District Court, Western District of Pennsylvania | 2006 | |
| U.S. District Court, Northern District of Illinois | 2012 | |
| U.S. District Court, Eastern District of Michigan | 2005 | |
| U.S. District Court, Western District of Michigan | 2019 | |
| U.S. District Court, Western District of Tennessee | 2014 | |
| U.S. District Court, Eastern District of Wisconsin | 2018 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained a member in good standing of the Bar of the District of Kansas to assist in the representation in this case, and I agree that said counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

*[signature]*

James N. Boudreau