# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LATEEF RUNNELS, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) CASE NO.  2:19-cv-02731-JAR-KGG |
| v. | ) ) CLASS ACTION ) COLLECTIVE ACTION |
| STANLEY STEEMER INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4., I move that Adam R. Roseman be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*s/ Robert H. Bernstein*
Robert H. Bernstein, # 78213
200 Park Avenue
Florham Park, NJ 07932
Telephone:    (973) 360-7946
Facsimile:     (973) 301-8410
E-Mail:         bernsteinrob@gtlaw.com

Dated:  January 2, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January 2020, a true and correct copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed and served via CM/ECF electronic filing, addressed to the following party:

> Michael Hodgson, Esquire
> mike@thehodgsonlawfirm.com
> The Hodgson Law Firm
> 3699 SW Pryor Road
> Lee's Summit, MO 64082

> Eric L. Dirks, Esquire
> dirks@williamsdirks.com
> Williams Dirks Dameron, LLC
> 1100 Main Street, Suite 2600
> Kansas City, MO 64105

> Heather J. Hardinger, Esquire
> hhardinger@meyerslaw.com
> The Meyers Law Firm, LC
> 503 One Main Plaza
> 4435 Main Street
> Kansas City, MO 64111

> *Attorneys for Plaintiff*

                              *s/ Robert H. Bernstein*
                              Robert H. Bernstein