IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LATEEF RUNNELS, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) CASE NO. 2:19-cv-02731-JAR-KGG |
| v. | ) ) ) |
| STANLEY STEEMER INTERNATIONAL, INC., | ) ) ) ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff Lateef Runnels ("Plaintiff") and Defendant Stanley Steemer International, Inc. ("SSI") (collectively "Parties"), through their respective undersigned counsel, jointly file this Notice of Settlement and state as follows:

1. The Parties engaged in good faith, arms-length settlement discussions and, on November 17, 2020, were able to reach a tentative agreement settling the above-captioned matter in its entirety.

2. The Parties are working to reduce the settlement to writing and obtain signatures on the settlement agreement.

3. The Parties anticipate obtaining the required signatures on the settlement agreement and filing dismissal documents no later than December 18, 2020.

4. Accordingly, the Parties respectfully request the Court stay all deadlines in this matter, including SSI's November 18, 2020 deadline to respond to Plaintiff's Motion for Conditional Certification (Dkt. 43), pending completion of the settlement.

Respectfully submitted,

*/s/ Eric L. Dirks*
Eric L. Dirks
Courtney Marie Stout
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tel: 816-945-7110
Fax: 816-945-7118
Email: dirks@williamsdirks.com;
        cstout@williamsdirks.com

Heather Jasmine Hardinger
Meyers Law Firm
503 One Main Plaza
4435 Main Street
Kansas City, MO 64111
816-444-8500
Fax: 816-444-8338
Email: hhardinger@meyerslaw.com

Michael A Hodgson
The Hodgson Law Firm LLC
3699 SW Pryor Road
Lee's Summit, MO 64082
816-600-0117
Fax: 816-600-0137
Email: mike@thehodgsonlawfirm.com

*/s/ Robert H. Bernstein*
Robert H. Bernstein
GREENBERG TRAURIG, LLP
500 Campus Drive
Florham Park, NJ 07932-0677
Tel: 973-360-7946
Fax: 973-295-1362
Email: bernsteinrob@gtlaw.com

James N. Boudreau (admitted *pro hac vice*)
Adam R. Roseman (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: 215-988-7833/7826
Fax: 215-717-5209
Email: boudreauj@gtlaw.com
        rosemana@gtlaw.com

Dated: November 18, 2020

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November 2020, a true and correct copy of the foregoing Notice of Settlement was served using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record for this case.

 *s/ Robert H. Bernstein*
Robert H. Bernstein